UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No.:** |
| | : | |
| **RUQIYA AKHDAR,** | : | |
| | : | **UNDER SEAL** |
| **Defendant.** | : | |

## INFORMATION

The United States Attorney charges that:

On or about February 19, 2004, in the District of Columbia, the defendant, Ruqiya Akhdar, knowingly executed a scheme or artifice to obtain money under the custody and control of a financial institution, that is, Suntrust Bank, by means of false and fraudulent pretenses, representations, or promises, when she endorsed check number 1043, dated February 18, 2004, and executed in her name for the amount of $96,000, against the account of Doris Medley, whom she did not know and whose permission she did not have to withdraw, deposit, move, or otherwise take money from any account in her name.

**(Bank Fraud, in violation of Title 18, U.S. Code, Section 1344)**

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia

By: _____
CHAD SARCHIO
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC  20530
(202) 353-8690