AO 455 (Rev. 5/85) Waiver of Indict

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Ruqiya Akhdar

WAIVER OF INDICTMENT

CASE NUMBER: 05-0181

under seal

I, Ruqiya Akhdar, the above named defendant, who is accused of

**FILED**

JUN 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on June 8, 2005 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _Henry Kennedy_
Judicial Officer