UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal No.: 05-0181
:
RUQIYA AKHDAR, :
: UNDER SEAL
Defendant. :

FILED
JUN 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, defendant Ruqiya Akhdar and the United States agree and stipulate as follows:

On or about February 19, 2004, during the early evening hours, Kenneth Baker, whom I had known for about five years, took me to the Suntrust Bank, Metro Center Branch, at 1100 G Street, N.W., Washington, DC, for purposes of opening an account in my name. To effect this transaction, Baker gave me a check (#1043) dated February 18, 2004, written against the account (#865242488) of Mrs. Doris Medley in the amount of $96,000, and made payable to me. I endorsed this check although I did not know Doris Medley, I am not related to her, I never communicated with her about this money or the transaction, and I had not received her permission to deposit or cash the check. Mr. Baker directed me to deposit the funds and withdraw $3,000 in cash. The bank officer who opened my account with the funds from this check gave me the $3,000, which I then gave to Mr. Baker in his office at the Branch.

In the following two weeks of February, 2004, Mr. Baker asked me to withdraw money from this same account twice more at two different branches -- one in the District, one in Maryland -- for a total of $34,000. Like with the initial withdrawal, I gave all of the money to Baker, on these occasions outside of the bank buildings. I did not receive any money from Baker

in conjunction with any of the three transactions. I knew that I should not have participated in any of them, but did so because Mr. Baker said that Ms. Medley was a client he was assisting with some investment services.

During my relationship with Mr. Baker, I had explained to him financial difficulties I had, which I believed stemmed from money I owed to the Bank of America. I knew that Baker worked in the financial industry, and I thought he might help me open a checking account that would aid me in managing my personal finances. He had previously helped me get a job with another investment company at which he had worked. His call regarding the initial February 19, 2004, transaction came a short while after this explanation of my financial trouble.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

By: _____
CHAD SARCHIO
D.C. Bar No. 459098
Assistant United States Attorney
555 4th Street, N.W., Room 5840
Washington, DC 20530
(202) 353-8690

_____
Jonathan Jeffress, Esq.
Attorney for the Defendant

_____
Rudyya Akhdar
Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No.: 05-0181 |
| RUQIYA AKHDAR, | : | **FILED** |
| | : | UNDER SEAL |
| Defendant. | : | JUN 8 2005 |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## INFORMATION

The United States Attorney charges that:

On or about February 19, 2004, in the District of Columbia, the defendant, Ruqiya Akhdar, knowingly executed a scheme or artifice to obtain money under the custody and control of a financial institution, that is, Suntrust Bank, by means of false and fraudulent pretenses, representations, or promises, when I endorsed check number 1043, dated February 18, 2004, and executed in my name for the amount of $96,000 against the account of Doris Medley, whom I did not know and whose permission I did not have to withdraw, deposit, move, or otherwise take money from any account in her name.

**(Bank Fraud, in violation of Title 18, U.S. Code, Section 1344)**

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia

By: _/s/ Chad Sarchio_
CHAD SARCHIO
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 353-8690