U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA

v.

RUQIYA R. AKHDAR,

Defendant.

Case No. 05-0181 (HHK)

FILED
JUN 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this ___8th___ day of ___JUNE, 2005___ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on _a date convenient to the parties_ by _SPECIAL AGENT CHARLES PRICE_ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _the offices of the Federal Bureau of Investigation_ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _SPECIAL AGENT CHARLES PRICE_ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge ~~XXXXXXXXXXXXXX~~ HENRY H. KENNEDY

DOJ USA-16-1-80

DEFENSE COUNSEL