UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No.  05-0181 (HHK) |
| | : | |
| v. | : | **FILED UNDER SEAL** |
| | : | |
| RUQIYA R. AKHDAR, | : | |
| Defendant. | : | |

GOVERNMENT'S MOTION TO
UNSEAL PLEA PROCEEDING FOR A LIMITED PURPOSE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby requests that the plea hearing in the above-referenced case, previously placed under seal, be unsealed for a limited purpose. In support of this motion, the government states as follows:

1. On June 8, 2005, Ruqiya Akhdar pled guilty to a criminal information charging her with one count of bank fraud, in violation of Title 18, United States Code, §§ 1344. The plea proceeding and related paperwork were placed under seal. The government anticipates that Ms. Akhdar will testify at the upcoming trial of <u>United States v. Kenneth Baker, Jr</u>., Criminal Case No. 05-364, in the United States District Court. Should the government call Ms. Akhdar as a witness, it will be necessary to produce a copy of a transcript of the plea proceeding and related documents in this case.

2. Accordingly, the government requests that the Court unseal the plea proceeding to allow the government to obtain a copy of the transcript for use in the trial of <u>United States v. Kenneth Baker, Jr</u>., Criminal Case No. 05-364.

3. The government further requests that the Court's Order include language preventing defendant Kenneth Baker, Jr., and his counsel, from disclosing or distributing any part of the unsealed transcript to any person not directly associated with their defense.

4. Undersigned government counsel has spoken with Jonathan Jeffress, defense counsel for Ruqiya R. Akhdar, who has no opposition to this motion.

WHEREFORE, it is respectfully requested that this motion be granted.

Respectfully Submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
Lynn C. Holliday
Assistant United States Attorney
555 4th Street, N.W., Room 4235
Washington, D.C. 20001
D.C. Bar No. 415-954
202-616-9550

CERTIFICATE OF SERVICE

_____ I HEREBY CERTIFY, that a copy of the foregoing has been mailed, postage prepaid, to counsel for the defendant, Jonathan Jeffress, Esq., 625 Indiana Avenue, N.W. Washington, D.C. 20004, this 21st day of December, 2005.

_____
LYNN C. HOLLIDAY
Assistant United States Attorney