UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-0181 (HHK)** |
| v. | : | |
| **RUQIYA R. AKHDAR,** | : | **UNDER SEAL** |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Lynn C. Holliday, at telephone number (202) 616-9550, and/or email address lynn.holliday@usdoj.gov. Assistant United States Attorney Lynn C. Holliday will substitute for Assistant United States Attorney Chad Sarchio as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
Lynn C. Holliday
Assistant United States Attorney
Bar No. 415-954
Federal Major Crimes Section
555 4th Street, NW, Room 4235
Washington, DC 20530
(202) 616-9550