UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Criminal No. 05-0181 (HHK) |
| v. | : **FILED UNDER SEAL** |
| RUQIYA R. AKHDAR, | : |
| Defendant. | : |

FILED
JAN 2 - 2006 *REW*
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>ORDER</u>

Upon consideration of the government's motion to unseal the plea proceeding for a limited purpose, and for good cause shown, it is this 2nd day of January, 2006

**ORDERED** that the government's motion is granted, and that the plea hearing in the above-referenced case shall be unsealed to allow the government to obtain a transcript of the June 8, 2005 plea hearing and any related documents for use in the trial of <u>United States v. Kenneth Baker, Jr.</u>, CR 05-364, and it is

**FURTHER ORDERED** that Kenneth Baker, Jr., and defense counsel for Mr. Baker, shall not disclose or distribute any of part of the transcript to any other individuals not directly

associated with the defense of his individual case, United States v. Kenneth Baker, CR 05-364.

The original sealing order shall otherwise remain effective until further order of the court.

/s/ Henry Kennedy
HENRY H. KENNEDY
United States District Court
for the District of Columbia

cc:   Lynn C. Holliday
      United States Attorney's Office
      555 4th Street, N.W., Room 4235
      Washington, D.C. 20001
      (202) 616-9550


      Jonathan Jeffress, Esq.
      625 Indiana Avenue, N.W.
      Suite 550
      Washington, DC 20004
      (202) 208-7500