UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-181 (HHK) |
| v. | : | |
| | : | (Under Seal) |
| RUKIYA AHKDAR | : | |
| Defendant. | : | |

NOTICE OF ADDITIONAL ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, asks the Court to accept this notice of appearance and substitute the appearances of the following attorneys on behalf of the United States, in the above captioned matter: Assistant U.S. Attorney Barbara E. Kittay, D.C. Bar Number 414216, telephone number (202) 514-6940, and Assistant U.S. Attorney Roy Austin, California Bar Number 211491, telephone number (202) 353-9458.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar Number 451058

_____
Barbara E. Kittay
D.C. Bar No. 414216
Roy Austin, Jr.
Calif. Bar No. 211491
Assistant U.S. Attorneys
555 4th Street, N.W., Room 4846
Washington, D.C. 20530
(202) 514-6940, 353-9458
Barbara.Kittay@usdoj.gov
Roy.Austin@usdoj.gov