```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :     CRIMINAL NO.  05-181 (HHK)
                             :
         v.                  :
                             :          (Under Seal)
RUKIYA AHKDAR                :
                             :
         Defendant.
```

MOTION TO CONTINUE SENTENCING HEARING

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, hereby asks the Court for a continuance of the sentencing hearing, currently scheduled for April 19, 2006, and states as follows:

1. Defendant Rukya Ahkdar pleaded guilty before this Court and agreed to cooperate in the prosecution of United States v. Kenneth Baker, 05-364 (EGS).

2. On March 22, 2006, defendant Baker pleaded guilty before the Honorable Emmet G. Sullivan, of the United States District Court for the District of Columbia. While entering that plea, defendant Baker made representations regarding his culpability relative to that of his co-conspirator, defendant Ahkdar, claiming that defendant Ahkdar is more culpable. The government disputes that representation, and believes that Judge Sullivan should hear defendant Ahkdar's testimony before he imposes a sentence on defendant Baker.

3. Accordingly, it is anticipated that defendant Ahkdar will be called as a witness for the government at the sentencing hearing of defendant Baker, currently scheduled for June 2, 2006.

-2-

4. This will provide an opportunity for defendant Ahkdar to benefit from the agreement she made with the government, by potentially providing substantial assistance in the prosecution of defendant Baker.

5. Defendant Ahkdar is not preventively detained.

6. Undersigned government counsel left a message for defendant's counsel, requesting concurrence in this request for a continuance, but did not receive a response. It is not known, but neither is it anticipated that defendant's counsel will object to this request.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar Number 451058


By: _____
Barbara E. Kittay
D.C. Bar No. 414216
Roy Austin, Jr.
Calif. Bar No. 211491
Assistant U.S. Attorneys
555 4th Street, N.W., Room 4846
Washington, D.C.  20530
(202) 514-6940, 353-9458
Barbara.Kittay@usdoj.gov
Roy.Austin@usdoj.gov