```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :    CRIMINAL NO.  05-181 (HHK)
                              :
                              :
         v.                   :
                              :
                              :
RUKIYA AHKDAR                 :
                              :
              Defendant.      :
                              :
                              :
```

SUPPLEMENTAL AND UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, with the concurrence of the defendant, through her attorney, hereby files this supplemental motion for a continuance of the sentencing hearing, currently scheduled for April 19, 2006, and states as follows:

1. On April 14, 2006, the government requested a continuance in the sentencing date for defendant Rukya Ahkdar, who pleaded guilty before this Court and has agreed to cooperate at the sentencing hearing of United States v. Kenneth Baker, 05-364 (EGS).

2. The sentencing of the co-conspirator, defendant Kenneth Baker, is currently scheduled for June 2, 2006.

3. Since the filing of its original motion for a continuance, defense counsel for defendant Ahkdar, Assistant Federal Public Defender Jonathan Jeffress, has contacted the undersigned counsel and has represented that he does not oppose the request for a continuance.

-2-

WHEREFORE, the government requests a continuance to a date after June 2, 2006.

                Respectfully submitted,

                KENNETH L. WAINSTEIN
                United States Attorney
                D.C. Bar Number 451058

By: _____
     Barbara E. Kittay
     D.C. Bar No. 414216
     Roy Austin, Jr.
     Calif. Bar No. 211491
     Assistant U.S. Attorneys
     555 4th Street, N.W., Room 4846
     Washington, D.C.  20530
     (202) 514-6940, 353-9458
     Barbara.Kittay@usdoj.gov
     Roy.Austin@usdoj.gov