```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :    CRIMINAL NO.  05-181 (HHK)
                              :
          v.                  :
                              :
RUKIYA AHKDAR                 :
                              :
          Defendant.          :
```

O R D E R

Upon consideration of the unopposed motion of the United States for a continuance of the sentencing hearing scheduled for April 19, 2006, and for good cause shown, it is hereby:

ORDERED that the motion is GRANTED and the hearing currently scheduled for April 19, 2006 is VACATED, and it is further

ORDERED that the matter is re-scheduled for the _____ day of _____, at _____ o'clock.

DONE and ORDERED, this _____ day of April, 2006.

_____
Henry H. Kennedy, Jr.
United States District Court Judge

cc:  Barbara E. Kittay
     Roy Austin, Jr.
     Assistant U.S. Attorneys
     555 4th Street, N.W., Room 4846
     Washington, D.C.  20530

     Jonathan Jeffress
     Assistant Federal Public Defender
     625 Indiana Avenue, N.W.
     Washington, D.C.  20004