UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **Criminal No.:  05-181-01 (HHK)** |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **RUQIYA R. AKHDAR,** | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

Upon consideration of the government's motion, it is this _____ day of _____, 2006, hereby

ORDERED that:  pursuant to the United States Sentencing Guideline, Section 5K1.1, Substantial Assistance, the government's motion with respect to defendant Ruqiya R. Akhdar shall be granted.

_____
UNITED STATES DISTRICT JUDGE

cc:   ROY L. AUSTIN, JR.
      Assistant United States Attorney
      Fraud and Public Corruption Section
      555 Fourth Street, N.W., Room 5239
      Washington, D.C.  20530

      BARBARA E. KITTAY
      Assistant United States Attorney
      Federal Major Crimes Section
      555 Fourth Street, N.W., Room 4846
      Washington, D.C. 20530

      JONATHAN S. JEFFRESS, Esq.
      Federal Public Defender
      625 Indiana Avenue, N.W., Suite 550
      Washington, D.C.  20004