IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Cr. No. 05-181-01 (ESH) *HHK* |
| RUQIYA RAISA AKHDAR, | : |
| Defendant. | : |

FILED
AUG 2 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOTICE OF CHANGE IN COUNSEL
FROM THE OFFICE OF THE FEDERAL PUBLIC DEFENDER

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Jonathan S. Jeffress has assumed responsibility for the defense of Ruqiya Raisa Akhdar in the above-captioned case. Ms. Akhdar's case had previously been assigned to Assistant Federal Public Defender Leta McCollough.

Respectfully submitted,

Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August, 2006, a copy of the foregoing Notice of Change in Counsel from the Office of the Federal Public Defender was served upon:

> Roy Austin, AUSA
> Office of the United States Attorney
> 555 Fourth Street, N.W.
> Washington, D.C. 20530

_____
Jonathan S. Jeffress