UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,                :

v.                                       :
                                         : Criminal No.: 05-181-01 (HHK)
RUQIYA R. AKHDAR                         :
                                         :
          Defendant.                     :

FILED
NOV 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER TO UNSEAL

Upon oral motion of the United States, by and through its attorney, the United States Attorney for the District of Columbia, to unseal the entire court file in the above-captioned case, and having found that the sealing of this matter is no longer necessary to preserve the integrity of an ongoing criminal investigation, the motion is hereby GRANTED, and the Court file will be unsealed.

SO ORDERED

Date: November 21, 2006

_____
UNITED STATES DISTRICT JUDGE